**614**

Fanny Serio, administratrix of estate of Louis Pistilli, deceased, appellant, v. Morris Slifkin and Sam Slifkin, defendants. Morris Slifkin, appellee. Gen. No. 39,470.

Heard in the third division of this court for the first district.
Opinion filed June 30, 1937.

Clarke B. Richie and John V. Hanney, for appellant. Benjamin B. Chodash and Reuben L. Benjamin, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Frank Mick, Jr. for Use of Taylor Washing Machine Company, appellee, v. Diamond T Motor Company, appellant. Gen. No. 39,025.

Heard in the third division of this court for the first district at the October term, 1936.
Opinion filed July 2, 1937.

West & Eckhart, for appellant; Paul Hassell, of counsel. Clarence A. Samuel, for appellee.

Mr. Justice Hall delivered the opinion of the court.

Samuel Rothblum, appellant, v. Arthur Alvin Gelatt and Mrs. Arthur Alvin Gelatt, appellees. Gen. No. 39,543.

Heard in the first division of this court for the first district at the June term, 1937.
Opinion filed October 18, 1937.

R. E. Rothblum, for appellant. Ross & Berchem, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

B. A. Railton Company, appellee, v. Jack Kearns and Jack Kearns, Inc., appellant. Gen. No. 39,541.

Heard in the first division of this court for the first district at the June term, 1937. Opinion filed October 18, 1937. Rehearing denied November 1, 1937.

Marston, Friedlund & Friedlund, for appellant. Lloyd M. Brown and Thomas J. Walsh, for appellee.

Mr. Justice McSurely delivered the opinion of the court.